**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

──────────

**No. 23-7246**

──────────

ROBERT GENE REGA,

        Plaintiff - Appellant,

    v.

LORRAINE REGA SCOTTIE,

        Defendant - Appellee.

──────────

Appeal from the United States District Court for the District of South Carolina, at Aiken. Cameron McGowan Currie, Senior District Judge.  (1:19-cv-00259-CMC)

──────────

Submitted:  March 11, 2025                Decided:  March 13, 2025

──────────

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

──────────

Affirmed by unpublished per curiam opinion.

──────────

Robert Gene Rega, Appellant Pro Se.

──────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Gene Rega appeals (a) the jury's verdict in his pro se civil suit and the resulting civil judgment; and (b) the district court's orders denying Rega's postjudgment motions for a new trial, for relief under Fed. R. Civ. P. 59(e) and 60, and for a bill of costs.[*] Upon review of the record, we discern no reversible error. Accordingly, we affirm the civil judgment, as well as the district court's orders on Rega's postjudgment motions. *Rega v. Rega Scottie*, No. 1:19-cv-00259-CMC (D.S.C. May 5, 2023; Oct. 6, 2023; Nov. 9, 2023; & Dec. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Pending on our docket are Defendant's motion for service via First-Class mail and Rega's motion to strike Defendant's informal response. We deny both motions.